## William Penn House, Inc. v. Lowenschuss, Appellant.

Argued September 18, 1967. *James E. Beasley,* for appellant; *Marvin Comisky,* with him *Leonard Dubin, Philip C. Patterson,* and *Blank, Rudenko, Klaus & Rome,* for appellee.

Order affirmed.

November 16, 1967

## Bennett, Appellant, v. Bennett.

Argued September 12, 1967. *William H. Seyfert,* with him *Raspin, Espenshade, Heims, Erskine & Stewart,* for appellant; *Homer Cook Grasberger,* for appellee.

Order affirmed.

HOFFMAN, J., absent.